UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MATTHEW E. ORSO and
NATIONWIDE JUDGMENT
RECOVERY, INC., as Successor
Trustee to Kenneth D. Bell in his
capacity as court-appointed Receiver for
Rex Venture Group, LLC dba
ZeekRewards.com

    Plaintiffs,

v.                                                         Case No: 5:21-mc-26-JSM-PRL

TODD DISNER, TRUDY GILMOND,
TRUDY GILMOND, LLC, JERRY
NAPIER, DARREN MILLER,
RHONDA GATES, DAVID
SORRELLS, INNOVATION
MARKETING, LLC, ANDREWS
AARON, SHARA ANDREWS,
GLOBAL INTERNET FORMULA,
INC., T. LEMONT SILVER, KAREN
SILVER, MICHAEL VAN LEEUWEN,
DURANT BROCKETT, DAVID
KETTNER, MARY KETTNER,
P.A.W.S. CAPITAL MANAGEMENT
LLC, LORI JEAN WEBER and
ZEEKREWARDS.COM,

    Defendants.

**ORDER**

This case is before the Court on the motion for substitution of party filed by Nationwide Judgment Recovery, Inc. (Doc. 15). Nationwide Judgment Recovery, Inc., requests that this Court substitute Nationwide Judgment Recovery, Inc. as the named Plaintiff in this matter in place of Matthew Orso, as Successor Trustee to Kenneth D. Bell, in his capacity as Court Appointed Receiver for Rex Venture Group, LLC.

- 2 -

As established by the motion and the exhibits to the motion, Nationwide Judgment Recovery, Inc. is the party in interest under Rule 25(c) of the Federal Rules of Civil Procedure. (Doc. 15-1). It is well settled that substitution is committed to the discretion of the court. "Substitution under Rule 25(c) is purely a matter of convenience, and regardless of whether substitution is ordered, the respective substantive rights of the transferor or the transferee are not affected." *Barker v. Jackson Nat. Life Ins. Co.,* 163 F.R.D. 364, 365 (N.D. Fla. 1995).

Accordingly, the motion for substitution of party (Doc. 15) is **GRANTED**, and Nationwide Judgment Recovery, Inc. shall be substituted as the named Plaintiff in this matter in place of Matthew Orso, as Successor Trustee to Kenneth D. Bell, in his capacity as Court Appointed Receiver for Rex Venture Group, LLC. The Clerk is directed to take all steps necessary to effectuate the substitution of party on the docket.

**DONE** and **ORDERED** in Ocala, Florida on November 14, 2022.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties